UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:14-CR-83-DBH |
| F. WILLIAM MESSIER AND | ) | |
| DAVID EVERETT ROBINSON, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## PROCEDURAL ORDER

The defendant David Robinson has filed today a motion to dismiss in this case, which he purports to file on behalf of "David Robinson & William Messier." The defendant Messier has his own lawyer, Mr. Robinson is not a lawyer, and the Clerk is therefore **ORDERED** to treat this filing as only on behalf of Mr. Robinson, with no bearing on the case against Mr. Messier.

**SO ORDERED.**

**DATED THIS 30TH DAY OF OCTOBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**