UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:14-CR-83-DBH-01 |
| | ) |
| F. WILLIAM MESSIER, | ) |
| | ) |
| DEFENDANT | ) |

ORDER ON DEFENDANT'S MOTION FOR DESIGNATION RECOMMENDATION AND EXTENSION OF TIME TO SELF-REPORT

The defendant has filed a Motion for Court Recommended Designation to Appropriate Bureau of Prisons Facility and Extension of Time to Self-Report (ECF No. 198).

I **RECOMMEND** that the Bureau of Prisons designate F. William Messier to a facility that can deal with his serious medical needs and that he be placed as near as possible to Maine.

I **REJECT** the request for further delay in self-reporting.

SO ORDERED.

DATED THIS 4TH DAY OF NOVEMBER, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE